Amy R. Fitzpatrick (D.C. Bar # 458680)
U.S. Department of Justice, Antitrust Division
450 Fifth Street, N.W., Suite 4100
Washington, D.C. 20530
Phone: (202) 532-4558
Facsimile: (202) 307-5802
E-mail: amy.fitzpatrick@usdoj.gov

Attorney for Plaintiff United States of America

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br><br>          v.<br><br>FLAKEBOARD AMERICA LIMITED,<br><br>CELULOSA ARAUCO Y CONSTITUCIÓN, S.A.,<br><br>INVERSIONES ANGELINI Y COMPAÑÍA LIMITADA,<br><br>and<br><br>SIERRAPINE,<br><br>          *Defendants.* | Case No. 3:14-cv-4949 |

## STIPULATION

The undersigned parties hereby stipulate and agree, subject to approval and entry by the Court, that:

1.     For the purposes of this action, the Court has jurisdiction over each of the parties and venue of this action is proper in the United States District Court for the Northern District of California. The Defendants also waive service of summons on the Complaint.

2.     The parties stipulate that a proposed Final Judgment in the form attached as Exhibit A may be filed with and entered by the Court, upon the motion of any party or upon the Court's own motion, at any time after compliance with the requirements of the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16, and without further notice to any party or other proceedings, provided that the United States has not withdrawn its consent, which it may do at any time before the entry of the proposed Final Judgment by serving notice thereof on the Defendant and by filing that notice with the Court.

3.     The Defendants agree to arrange, at their expense, publication as quickly as possible of the newspaper notices required by the APPA, which shall be drafted by the United States in its sole discretion. The publication shall be arranged no later than three business days after the Defendants' receipt from the United States of the text of the notice and the identity of the newspapers within which the publication shall be made. The Defendants shall promptly send to the United States (1) confirmation that publication of the newspaper notices has been arranged, and (2) the certification of the publication prepared by the newspapers within which the notice was published.

4.     The Defendants shall abide by and comply with the provisions of the proposed Final Judgment, pending the proposed Final Judgment's entry by the Court, or until expiration of time for all appeals of any Court ruling declining entry of the proposed Final Judgment, and shall, from the date of the signing of this Stipulation by the parties, comply with all the terms and provisions of the proposed Final Judgment as though the same were in full force and effect as an order of the Court.

5.     This Stipulation will apply with equal force and effect to any amended proposed Final Judgment agreed upon in writing by the parties and submitted to the Court.

6.    In the event (1) the United States has withdrawn its consent, as provided in Paragraph 2 above, or (2) the proposed Final Judgment is not entered pursuant to this Stipulation, the time has expired for all appeals of any court ruling declining entry of the proposed Final Judgment, and the Court has not otherwise ordered continued compliance with the terms and provisions of the proposed Final Judgment, then the parties are released from all further obligations under this Stipulation, and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.

7.    The Defendants represent that the actions they are required to perform and the payments they are required to make pursuant to the proposed Final Judgment can and will be accomplished, and that the Defendants will later raise no claim of mistake, hardship or difficulty of compliance as grounds for asking the Court to modify any of the provisions contained therein.

1     Dated: November 7, 2014

2

3     Respectfully submitted,

4     FOR PLAINTIFF                          FOR DEFENDANTS FLAKEBOARD
      UNITED STATES OF AMERICA               AMERICA LIMITED, CELULOSA
5                                            ARAUCO Y CONSTITUCIÓN, S.A.,
6                                            AND INVERSIONES ANGELINI Y
        /s/ Amy R. Fitzpatrick               COMPAÑÍA LIMITADA
7     Amy R. Fitzpatrick
      Antitrust Division
8     U.S. Department of Justice               /s/ Andrew M. Lacy
9     450 Fifth Street, N.W., Suite 4100     Andrew M. Lacy
      Washington, D.C. 20530                 Simpson, Thacher & Bartlett LLP
10    Phone: (202) 532-4558                  1155 F Street, N.W.
      Facsimile: (202) 307-5802             Washington, D.C. 20004
11    E-mail: amy.fitzpatrick@usdoj.gov      Phone: (202) 636-5505
12                                           Facsimile: (202) 636-5502
                                             E-mail: alacy@stblaw.com
13

14                                           FOR DEFENDANT SIERRAPINE

15

16                                             /s/ Amanda P. Reeves
                                             Amanda P. Reeves
17                                           Latham & Watkins LLP
                                             555 Eleventh Street N.W., Suite 1000
18                                           Washington, D.C. 20004
19                                           Phone: (202) 637-2183
                                             Facsimile: (202) 637-2201
20                                           E-mail: amanda.reeves@lw.com

21

22

23

24

25

26

27

28    STIPULATION—Page 4
      Case No. 3:14-cv-4949

**ORDER**

IT IS SO ORDERED by the Court, this _____ day of_____.


_____
United States District Judge

**ATTESTATION**

This Stipulation is being filed through the Electronic Case Filing (ECF) system by attorney Amy R. Fitzpatrick of the U.S. Department of Justice, Antitrust Division. By her signature, she attests that the United States has obtained concurrence in the filing of this document from Andrew M. Lacy and Amanda P. Reeves, as required by Civil L.R. 5-1(i)(3).

Dated: November 7, 2014

By:     /s/ Amy R. Fitzpatrick
AMY R. FITZPATRICK
Antitrust Division
U.S. Department of Justice
450 Fifth Street, N.W., Suite 4100
Washington, D.C. 20530
Phone: (202) 532-4558
Facsimile: (202) 307-5802
E-mail: amy.fitzpatrick@usdoj.gov

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on November 7, 2014, I electronically filed this Complaint with the Clerk of

Court using the CM/ECF system.  A copy has also been sent via e-mail to:

Counsel for Flakeboard America Limited,
Celulosa Arauco y Constitución, S.A., and
Inversiones Angelini y Compañía Limitada:

Andrew M. Lacy
Simpson, Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, D.C. 20004
Phone: (202) 636-5505
E-mail: alacy@stblaw.com

Counsel for SierraPine:

Amanda P. Reeves
Latham & Watkins LLP
555 Eleventh Street N.W., Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2183
E-mail: amanda.reeves@lw.com

　　　　　　　　　　　　　　 /s/ Amy R. Fitzpatrick
AMY R. FITZPATRICK
Antitrust Division
U.S. Department of Justice
450 Fifth Street, N.W., Suite 4100
Washington, D.C. 20530
Phone: (202) 532-4558
Facsimile: (202) 307-5802
E-mail: amy.fitzpatrick@usdoj.gov