Amy R. Fitzpatrick (D.C. Bar # 458680)
U.S. Department of Justice, Antitrust Division
450 Fifth Street, N.W., Suite 4100
Washington, D.C. 20530
Phone: (202) 532-4558
Facsimile: (202) 307-5802
E-mail: amy.fitzpatrick@usdoj.gov

Attorney for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>FLAKEBOARD AMERICA LIMITED,<br><br>CELULOSA ARAUCO Y CONSTITUCIÓN, S.A.,<br><br>INVERSIONES ANGELINI Y COMPAÑÍA LIMITADA,<br><br>and<br><br>SIERRAPINE,<br><br>    *Defendants*. | Case No. 3:14-cv-4949 |

**UNITED STATES' EXPLANATION OF
CONSENT-DECREE PROCEDURES**

The United States submits this short memorandum summarizing the procedures regarding the Court's entry of the proposed Final Judgment. This Judgment would settle this case under the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)–(h) (the "APPA"), which applies to civil antitrust cases brought and settled by the United States.

EXPLANATION OF CONSENT-DECREE PROCEDURES—Page 1
Case No. 3:14-cv-4949

1. Today, the United States has filed a Complaint, this Explanation of Consent-Decree Procedures, a Stipulation, and a proposed Final Judgment. The parties have agreed that the Court may enter the proposed Final Judgment after the United States has complied with the APPA. The United States also has filed a Competitive Impact Statement relating to the proposed Final Judgment.

2. The APPA requires that the United States publish the proposed Final Judgment and the Competitive Impact Statement in the *Federal Register* and cause to be published a summary of the terms of the proposed Final Judgment and the Competitive Impact Statement in certain newspapers at least 60 days before entry of the proposed Final Judgment. Defendants in this matter have agreed to arrange and bear the costs for the newspaper notices. The notices will inform members of the public that they may submit comments about portions of the proposed Final Judgment to the United States Department of Justice, Antitrust Division, 15 U.S.C. § 16(b)–(c). The civil-penalty component of the proposed Final Judgment, however, is not open to public comment. Courts have consistently entered consent judgments for civil penalties under Section 7A of the Clayton Act, 15 U.S.C. § 18a, without employing APPA procedures.[1]

3. During the 60-day period, the United States will consider, and at the close of that period respond to, any comments that it has received, and it will publish the comments and the United States' responses in the Federal Register.

4. After the expiration of the 60-day period, the United States will file with the Court the comments and the United States' responses, and it may ask the Court to enter the proposed Final Judgment (unless the United States has decided to withdraw its consent to entry of the Final Judgment, as permitted by Section 2 of the Stipulation, *see* 15 U.S.C. § 16(d)).

---

[1] *See, e.g., United States v. Berkshire Hathaway Inc.*, 2014-2 Trade Cas. (CCH) ¶78,870 (D.D.C.); *United States v. Barry Diller*, 2013-1 Trade Cas. (CCH) ¶ 78,446 (D.D.C.); *United States v. MacAndrews & Forbes Holdings, Inc.*, 2013-1 Trade Cas. (CCH) ¶ 78,443 (D.D.C.).

5.  If the United States requests that the Court enter the proposed Final Judgment after compliance with the APPA, 15 U.S.C. § 16(e)–(f), then the Court may enter the Final Judgment without a hearing, provided that it concludes that the Final Judgment is in the public interest.

                      Respectfully submitted,

                      /s/ Amy Fitzpatrick
                      AMY R. FITZPATRICK
                      Antitrust Division
                      U.S. Department of Justice
                      450 5th Street, N.W., Suite 4100
                      Washington, D.C. 20530
                      Phone: (202) 532-4558
                      Facsimile: (202) 307-5802
                      E-mail: amy.fitzpatrick@usdoj.gov

Dated: November 7, 2014

Case No. 3:14-cv-4949

# CERTIFICATE OF SERVICE

I certify that on November 7, 2014, I electronically filed this Complaint with the Clerk of Court using the CM/ECF system. A copy has also been sent via e-mail to:

    Counsel for Flakeboard America Limited,
    Celulosa Arauco y Constitución, S.A., and
    Inversiones Angelini y Compañía Limitada:

        Andrew M. Lacy
        Simpson, Thacher & Bartlett LLP
        1155 F Street, N.W.
        Washington, D.C. 20004
        Phone: (202) 636-5505
        E-mail: alacy@stblaw.com

    Counsel for SierraPine:

        Amanda P. Reeves
        Latham & Watkins LLP
        555 Eleventh Street N.W., Suite 1000
        Washington, D.C. 20004
        Phone: (202) 637-2183
        E-mail: amanda.reeves@lw.com

                                      /s/ Amy R. Fitzpatrick
                                      AMY R. FITZPATRICK
                                      Antitrust Division
                                      U.S. Department of Justice
                                      450 Fifth Street, N.W., Suite 4100
                                      Washington, D.C. 20530
                                      Phone: (202) 532-4558
                                      Facsimile: (202) 307-5802
                                      E-mail: amy.fitzpatrick@usdoj.gov

EXPLANATION OF CONSENT-DECREE PROCEDURES—Page 4
Case No. 3:14-cv-4949